Opinion issued December 3, 2009

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00850-CV






IN RE TEXAS TRI-CARE REHABILITATION AND LAWRENCE
RODDICK, D.C., Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relators, Texas Tri-Care Rehabilitation and
Lawrence Roddick, D.C., seek relief compelling the trial court to sustain objections
they have asserted to requests for production and to vacate the order compelling them
to respond to certain requests for production. 

We deny the petition for writ of mandamus. 

 

Per Curiam 


Panel consists of Justices Keyes, Alcala, and Hanks. 


 
1. The underlying case is Arthur Minguez, Jr., and St. John Partnership, Ltd. D/B/A
Pecan Valley Ambulatory Surgery Center v. Ihsan Shanti, Texas Tri-Care
Rehabilitation, and Lawrence Roddick, D.C., No. 2009-20966, in the 11th Judicial
District Court of Harris County, Texas, the Hon. Mike Miller, presiding.